IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITIED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cr. No. 04-10061-05-T/An |
| | ) |
| PATRICK PEARSON, | ) |
| | ) |
| Defendant. | ) |

ORDER GRANTING DEFENDANT PATRICK PEARSON A TEN-DAY
EXTENSION OF TIME IN WHICH TO FILE PRE-TRIAL MOTIONS

Defendant Patrick Pearson moves the Court for an extension of time in which to file pre-trial motions. Defendant has shown good cause for seeking this extension. Accordingly, Defendant's deadline for filing pre-trial motions shall be extended to May 30, 2005.

IT IS SO ORDERED.

_____
Judge

23 May 2005
Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/23/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 150 in case 1:04-CR-10061 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT