IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**WESTERN DISTRICT OF TN**
**FILED IN OPEN COURT:**
DATE: 6/6/05
TIME: 9:35 a.m.
INITIALS: ℓu

| | | |
|---|---|---|
| UNITIED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Cr. No. 04-10061-05-T/An |
| PATRICK PEARSON, | ) | |
| Defendant. | ) | |

## ORDER AUTHORIZING DEFENDANT PATRICK PEARSON'S COUNSEL TO OBTAIN THE SERVICES OF AN EXPERT

Defendant Patrick Pearson has submitted an ex parte application requesting that the Court authorize his counsel to obtain the services of an expert pursuant to 18 U.S.C. § 3006A(e)(1). Based upon that application, the Court finds that Defendant is financially unable to obtain expert services and that the services of an expert, specifically a forensic psychiatrist, are necessary for Defendant's adequate representation. Accordingly, the Court hereby authorizes defense counsel to obtain the services of an expert.

Pursuant to 18 U.S.C. § 3006A(e)(3) (2005), the compensation for expert services shall not exceed $1,600, exclusive of reasonable costs.

IT IS SO ORDERED.

_James D. Todd_
Judge

6 June 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 161 in case 1:04-CR-10061 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Matthew M. Maddox
MADDOX MADDOX & MADDOX
P.O. Box 827
Huntingdon, TN 38344

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Richard L. Finney
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Lloyd R. Tatum
TATUM AND TATUM
P.O. Box 293
Henderson, TN 38340

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

J. Colin Morris
MOSIER & MORRIS, P.A.
204 W. Baltimore
Jackson, TN 38302--162

Jack Colin Morris
LAW OFFICES OF COLIN MORRIS
204 West Baltimore
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT