IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                        Criminal No. 1:04-10061-05-T

PATRICK PEARSON

### ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

At the request of counsel, the trial date in the above styled matter is hereby continued to allow counsel for the defendant additional time to prepare.. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **reset** the **REPORT DATE/MOTION HEARING** for **Thursday, July 7, 2005 at 8:30 A.M.** and the **TRIAL DATE** for **Wednesday, July 20, 2005, at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of June 20, 2005, to July 20, 2005, as excludable delay under Title 18 U.S.C.§3161(h)(3)(A)(B) and (h)(8)(iv).

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 7 June 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6/8/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 171 in case 1:04-CR-10061 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT